## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## THOMASVILLE DIVISION

JOHN H. JANKOWSKI,         *

    Plaintiff          *

                         Case Number 6:06-CV-18 (GMF)

vs.                  *

JO ANNE B. BARNHART,       *
Commissioner of Social Security,
                   *

    Defendant
_____   *

## J U D G M E N T

Pursuant to this Court's Order dated April 17, 2007, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant, and, accordingly, Defendant is awarded costs in this action.

This 18th day of April, 2007.

                            Gregory J. Leonard, Clerk

                            s/ Robin L. Walsh
                            Deputy Clerk